UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CRAIG A. DICKSON, and<br>TYSON A. SCHOTT,<br><br>            Defendants. | 10-CR-180-EFS<br>10-CR-181-EFS<br><br>**Order of Forfeiture** |

### **OVERVIEW OF CRIMINAL FORFEITURES**

WHEREAS, on March 18, 2011, the Court entered Preliminary Orders of Forfeiture, pursuant to the provisions of 31 U.S.C. § 5317 and/or 28 U.S.C. § 2461(c), preliminarily forfeiting to the United States the following described assets:

**A.    DEFENDANT CRAIG A. DICKSON:**

   **I.    DIRECT PROPERTY FORFEITURE**

   **REAL PROPERTY**
   1)    Real property located at <u>587 Ravenwood Drive, Darby, Montana</u> legally described as follows:

   Lot 19 of Tin Cup Creek situated in Ravalli County, Montana, according to the official recorded plate thereof.

   TOGETHER WITH a 60-foot private road and public utility easement as shown on the plat.

ORDER OF FORFEITURE ~ 1

Tax Parcel No.  1119896

Together with all appurtenances, fixtures, attachments, and improvements thereto and thereupon.

SUBJECT to any easements, rights of way, reservations, and/exceptions, and actions of record.

2) <u>Vacant land in Spokane County, Washington, Parcel No. 26102.9028,</u> legally described as follows:

The North 436.85 feet of the Southeast quarter of the Northwest quarter of Section 10, Township 26 North, Range 42 East, W.M.;

EXCEPT the East 330.10 feet thereof;

In Spokane County, Washington.

Parcel No.  26102.9028

SUBJECT TO: All covenants, conditions, restrictions and easements, if any, affecting title, which may appear in the public record, including those shown on any recorded plat or survey.

**CONVEYANCES**

3) 2006 Chevrolet Silverado C1500 Truck  Washington License Number: A27823Z, VIN: 1GCEK19B56Z167467, seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

4) 2006 Lexus GS430, Washington License Number: 808 UTQ, VIN: JTHBN96S965006882, seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

5) 2007 Chevrolet Corvette, Washington License Number: 458 WQY, VIN: 1G1YY26EX75127774, seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

6) 2007 Chevrolet Silverado Truck, Washington License Number: B70994E, VIN: 1GCEK19097Z628783, seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation; ;

7) 2005 Toyota MR2 Spyder Convertible, Washington License Number: 524 TYF, VIN: JTDFR320350071134, seized pursuant to a

federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

Pursuant to the parties' Plea Agreement and revised PSIR (with Addendum), the current agreed restitution to be set by the Court is $76,883.95. Of this current agreed restitution, $69,519.37 has been designated to be satisfied out of Defendant's TD Ameritrade retirement account, #XXX-XX2400, which amount will be deposited with the Clerk of the Court. The remaining $7,364.58 owed on the current agreed amount of restitution (i.e., $76,883.95 - 69,519.37 = $7,364.58) will be satisfied out of funds seized from one of the two above referenced bank accounts of Dickson Iron and Metals, Inc. This remaining $7,364.58 and such other or further amounts as agreed to by the parties and/or as determined by the Court, will be deposited with the Clerk of the Court to satisfy Defendant's final restitution obligation imposed by the Court. *See Plea Agreement*, ECF No. 10 at ¶11; and 18 U.S.C. § 3663. Therefore, the following was authorized to be forfeited from the Defendant's TD Ameritrade account:

> 8)   $320.63 of the $119,840.00 U.S. funds from retirement account #XXX-XX2400, held in the name of Craig Dickson, seized pursuant to a federal seizure warrant on or about August 30, 2010, by the Federal Bureau of Investigation, from TD Ameritrade, in Omaha, Nebraska.

**II.   MONEY JUDGMENT**

> 9)   A sum of money equal to $1,306,455.69 in United States currency, representing the amount involved in the offense(s) and property traceable thereto, joint and several liability with Co-Conspirator,

The United States may take steps to collect the judgment from any property of the Defendant as specified in the Defendant's plea agreement and in accordance with the substitute asset provisions of 21 U.S.C. § 853(p), as incorporated by 31 U.S.C. § 5317, which includes forfeiture of the following assets:

ORDER OF FORFEITURE ~ 3

### III. SUBSTITUTE ASSETS

**FINANCIAL INSTRUMENTS**

10) $448,470.47 in Miscellaneous Financial Instruments, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Craig Dickson, in Spokane, Washington.

**BANK ACCOUNTS**

11) $106,004.58 U.S. funds from checking/savings account #: XXX9107, held in the name of Dickson Iron and Metals, Inc., seized pursuant to a federal seizure warrant on or about August 30, 2010, by the Federal Bureau of Investigation, from Bank of America, in Spokane, Washington;

12) $40,370.64 U.S. funds from checking/savings account #: XXXX9107, held in the name of Dickson Iron and Metals, Inc., seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Bank of America, in Spokane, Washington;

**U.S. CURRENCY**

13) $21,964.00 U.S. Currency, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Craig Dickson, in Spokane, Washington;

14) $281,000.00 U.S. Currency, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Tyson Schott, in Spokane, Washington;

15) $4,494.00 U.S. Currency, seized on or about August 31, 2010, by the Federal Bureau of Investigation, from Tyson Schott, at Dickson Iron & Metals, in Spokane, Washington;

16) $2,747.00 U.S. Currency, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Craig Dickson, from Dickson Iron & Metal in Spokane, Washington;

//

//

//

**CONVEYANCES**

17) 1970 Pontiac GTO, Washington License Number: CV76701, VIN: 242370B111616, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

18) 1967 Pontiac Firebird, Washington License Number: CV76699, VIN: 223677U110886, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

19) 1974 Alfa Romeo SPI Convertible, Washington License Number: CV76698, VIN: AR3044387, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

20) 1963 Porsche 356 Coupe, Washington License Number: CV76700, VIN: 212342, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

21) 2008 BMW 358, Washington License Number: 905 XTG, VIN: WBAWC335X8PD09102, seized pursuant to a federal seizure warrant on or about September 3, 2010, by the Federal Bureau of Investigation;

To the extent it may be alleged or claimed that Defendant has an in interest in the following property, which Defendant denies, Defendant's alleged interest is likewise forfeited pursuant to this order:

22) 2009 23' Cobalt Boat, Model 232, HIN: FGE3W014A909, Idaho License Number: ID5746AR and 2009 Metal Craft 24' Boat Trailer, VIN: 1FWE024249A036732, Washington License Number: 7288V7, seized in Coeur d'Alene, Idaho, pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

**B.   DEFENDANT TYSON A. SCHOTT**

   **I.   MONEY JUDGMENT**

9) A sum of money equal to $330,129.00 in United States currency, which represents Defendant's portion of the $1,306,455.69 of the full forfeiture judgment agreed to in Co-Defendant Dickson's and this Defendant's plea agreements, and which represents the amount of Defendant's property involved in the offense(s) and/or property

ORDER OF FORFEITURE ~ 5

traceable thereto. Defendant Schott will be held jointly and several liability with Co-Conspirator, CRAIG A. DICKSON on this $330,129 portion of the full $1,306,455.69 proposed by the parties.

The United States was authorized to take steps to collect the judgment from any property of the Defendant and in accordance with the substitute asset provisions of 21 U.S.C. § 853(p), as incorporated by 31 U.S.C. § 5317, including specifically the following property or assets set forth in the Plea Agreement:

**II. SUBSTITUTE ASSETS**

**CONVEYANCES**

10) 2009 23' Cobalt Boat, Model 232, HIN: FGE3W014A909, Idaho License Number: ID5746AR and 2009 Metal Craft 24' Boat Trailer, VIN: 1FWE024249A036732, Washington License Number: 7288V7, seized in Coeur d'Alene, Idaho, pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

**U.S. CURRENCY**

11) $281,000.00 U.S. Currency, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Tyson Schott, in Spokane, Washington;

12) $4,494.00 U.S. Currency, seized on or about August 31, 2010, by the Federal Bureau of Investigation, from Tyson Schott, at Dickson Iron & Metals, in Spokane, Washington;

**PUBLICATION & SERVICE OF PRELIMINARY ORDER**

WHEREAS 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2 require the resolution of all third-party claims to the property in the final order of forfeiture. In that regard, Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 21, 2011, and ending May 20, 2011 (Schott) ECF No. 38-1; and, beginning

ORDER OF FORFEITURE ~ 6

April 22, 2011, and ending May 21, 2011 (Dickson) ECF No. 47-1, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, pursuant to Fed. R. Crim. P. 32.2(6), and 21 U.S.C. § 853(n) as incorporated by 31 U.S.C. § 5317.  At the latest, the claim period expired on June 21, 2011.  To date, no claims have been filed in response to the internet notices.

On April 4, 2011, the Notice of Preliminary Order of Forfeiture and the Preliminary Order of Forfeiture filed herein, was served via certified mail, return receipt requested, upon Amy Schott. ECF No. 31. Based upon the April 4, 2011, direct notice date, her claim was due no later than May 9, 2011.  To date, no claim has been filed.

On April 4, 2011, the Notices of Preliminary Order of Forfeiture and the Preliminary Orders of Forfeiture filed herein, were served via certified mail, return receipt requested, upon Dickson Iron and Metals, Inc.(DIM), and Attorneys Richard Mount and Joseph Wessman.. ECF Nos. 33 and 38 (Dickson and Schott).  Based upon the April 4, 2011, direct notice date, the claims were due no later than May 9, 2011.  To date, no claims have been filed by DIM..

On April 4, 2011, the Notices of Preliminary Order of Forfeiture and the Preliminary Orders of Forfeiture filed herein, were served via certified mail, return receipt requested, upon Daneille Dickson., and Attorney Phillip Wetzel.   ECF Nos. 32 and 37(Dickson and Schott).  Based upon the April 4, 2011, direct notice date, her claims were due no later than May 9, 2011.  On May 5, 2011, Daneille Dickson filed her claims. ECF Nos. 36 (Schott) and 43 (Dickson).

ORDER OF FORFEITURE ~ 7

On April 21, 2011, the Notice of Preliminary Order of Forfeiture and the Preliminary Order of Forfeiture filed herein, was served via certified mail, return receipt requested, upon Jordan Dickson. ECF No. 41 (Dickson). Based upon the April 21, 2011, direct notice date, his claim was due no later than May 27, 2011. To <u>date, no claim has been filed.</u>

### **RESOLUTION OF THIRD PARTY CLAIMS**

WHEREAS Plaintiff United States and Third Party Claimant Daneille Dickson (hereafter "Claimant") entered into a stipulation for settlement filed with the Court in the above-captioned cases on or about July 6, 2011, (CR 46 and 37), wherein the third party Claimant stipulated and agreed to the forfeiture of all of the above described assets that were included in the Court's Preliminary Order of Forfeiture, with the following exceptions:

**Conveyances (Personal Property)**

4) 2006 Lexus GS430, Washington License Number: 808 UTQ, VIN: JTHBN96S965006882, seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

21) 2008 BMW 358, Washington License Number: 905 XTG, VIN: WBAWC335X8PD09102, seized pursuant to a federal seizure warrant on or about September 3, 2010, by the Federal Bureau of Investigation;

**Bank Accounts**

12) $15,000 of the $40,370.64 U.S. funds from checking/savings account #: XXXX9107, held in the name of Dickson Iron and Metals, Inc., seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Bank of America, in Spokane, Washington. The agreed upon $15,000 from this account will be returned/paid to Ms. Dickson in accordance with Ms. Dickson's and the United States' settlement agreement.

In short, the parties agreed to the release and delivery of the following property items to Ms. Dickson in exchange for the resolution and satisfaction of Claimant's property interest and/or any other type of claim:

> 2006 Lexus GS430, Washington License Number: 808 UTQ, VIN: JTHBN96S965006882, seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;
>
> 2008 BMW 358, Washington License Number: 905 XTG, VIN: WBAWC335X8PD09102, seized pursuant to a federal seizure warrant on or about September 3, 2010, by the Federal Bureau of Investigation;
>
> $15,000 of the $40,370.64 U.S. funds in checking/savings account #: XXXX9107, held in name of Dickson Iron and Metals, Inc., seized pursuant to federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Bank of America, in Spokane, Washington.

The forgoing property is excepted from final forfeiture, in accordance with Ms. Dickson's settlement agreement with the United States. This property shall be released, paid and/or delivered to Ms. Dickson or her counsel in accordance with Claimant's and the United States' settlement agreement.

### SUMMARY & VALUE OF PROPOSED FINAL FORFEITED PROPERTY

Therefore, the final forfeiture of both direct and substituted assets that the United States requests be forfeited under 31 Sect. 5317(c)(1) includes the following:

**Direct Forfeited Assets**

These assets approximated values are based on appraisals and approximations provided by the U.S. Marshal's Service:

ORDER OF FORFEITURE ~ 9

```
Montana property:                    $     84,500.00
Spokane property                           77,500.00
2006 Silverado truck                        7,737.50
2007 Corvette                              16,725.00
2007 Silverado truck                        9,900.00
2006 Toyota Spyder                          4,925.00

TD Ameritrade Accounts                     34,920.00*
```

*See Dickson Plea Agreement, ¶10.*

**Total Direct Forfeited Assets:**
**$   236,208.00**

**Forfeiture Judgment & Designation of Substitute Assets:**

These assets approximated values are based on appraisals and approximations provided by the U.S. Marshal's Service:

```
1970 GTO (substituted asset)         $     23,600.00
1967 Firebird                              23,300.00
74 Alfa Romeo                              15,900.00
63 Porshe                                  23,500.00
08' BMW                                    24,025.00
Cobalt Boat and Trailer                    44,635.00
Dickson Metal (DIM) Fin. Instruments      448,470.47
TD Ameritrade Accounts                     34,920.00
Cash seizure                              310,205.00
Bank of America (DIM)                     146,375.22*
Montana property:                          84,500.00
Spokane real property                      77,500.00
2006 Silverado truck                        7,737.50
2006 Lexus                                 10,237.50
2007 Corvette                              16,725.00
2007 Silverado truck                        9,900.00
2006 Toyota Spyder                          4,925.00
```

***Total Forfeiture (incl. Substitute Assets) Judgment*:     $1,267,440.69**

***Total Value of Direct & Substitute Asset Forfeitures*:   $1,503.468.69**

### FINAL ORDER OF FORFEITURE

IT NOW APPEARING that Claimant Daneille Dickson's interest has been resolved by the stipulation filed herein;

ORDER OF FORFEITURE ~ 10

IT FURTHER APPEARING that no additional claims have been filed within the designated filing period;

IT IS THEREFORE NOW ORDERED, ADJUDGED, AND DECREED, that the assets listed below are hereby forfeited to the United States, and no interest exists in any other person:

**A.  DEFENDANT CRAIG A. DICKSON**

  **I.  DIRECT PROPERTY FORFEITURE**

  **Real Property**

  1)  Real property located at <u>587 Ravenwood Drive, Darby, Montana</u> legally described as follows:

  Lot 19 of Tin Cup Creek situated in Ravalli County, Montana, according to the official recorded plate thereof.

  TOGETHER WITH a 60-foot private road and public utility easement as shown on the plat.

  Tax Parcel No.  1119896

  Together with all appurtenances, fixtures, attachments, and improvements thereto and thereupon.

  SUBJECT to any easements, rights of way, reservations, and/exceptions, and actions of record.

  2) <u>Vacant land in Spokane County, Washington, Parcel No. 26102.9028,</u> legally described as follows:

  The North 436.85 feet of the Southeast quarter of the Northwest quarter of Section 10, Township 26 North, Range 42 East, W.M.;
  EXCEPT the East 330.10 feet thereof;
  In Spokane County, Washington.
  Parcel No.  26102.9028
  SUBJECT TO: All covenants, conditions, restrictions and easements, if any, affecting title, which may appear in the public record, including those shown on any recorded plat or survey.

ORDER OF FORFEITURE ~ 11

**Conveyances (Personal Property)**

3) 2006 Chevrolet Silverado C1500 Truck  Washington License Number: A27823Z, VIN: 1GCEK19B56Z167467, seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

5) 2007 Chevrolet Corvette, Washington License Number: 458 WQY, VIN: 1G1YY26EX75127774, seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

6) 2007 Chevrolet Silverado Truck, Washington License Number: B70994E, VIN: 1GCEK19097Z628783, seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

7) 2005 Toyota MR2 Spyder Convertible, Washington License Number: 524 TYF, VIN: JTDFR320350071134, seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

8) $320.63 of the $119,840.00 U.S. funds from retirement account #XXX-XX2400, held in the name of Craig Dickson, seized pursuant to a federal seizure warrant on or about August 30, 2010, by the Federal Bureau of Investigation, from TD Ameritrade, in Omaha, Nebraska.

**II.   MONEY JUDGMENT**

9) A sum of money equal to $1,306,455.69 in United States currency, representing the amount involved in the offense(s) and property traceable thereto, joint and several liability with Co-Conspirator, TYSON SCHOTT.

**III.    ASSETS DESIGNATED TO SATISFY MONEY JUDGMENT**

**Financial Instruments**
10) $448,470.47 in Miscellaneous Financial Instruments, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Craig Dickson, in Spokane, Washington.

//

//

ORDER OF FORFEITURE ~ 12

**Bank Accounts**

11) $106,004.58 U.S. funds from checking/savings account #: XXX9107, held in the name of Dickson Iron and Metals, Inc., seized pursuant to a federal seizure warrant on or about August 30, 2010, by the Federal Bureau of Investigation, from Bank of America, in Spokane, Washington;

12) $25,370.64 of the $40,370.64 in U.S. funds in checking/savings account #: XXXX9107, held in the name of Dickson Iron and Metals, Inc., seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Bank of America, in Spokane, Washington ($15,000 to be released to Ms. Dickson);

**U.S. Currency**

13) $21,964.00 U.S. Currency, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Craig Dickson, in Spokane, Washington;

14) $281,000.00 U.S. Currency, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Tyson Schott, in Spokane, Washington;

15) $4,494.00 U.S. Currency, seized on or about August 31, 2010, by the Federal Bureau of Investigation, from Tyson Schott, at Dickson Iron & Metals, in Spokane, Washington;

16) $2,747.00 U.S. Currency, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Craig Dickson, from Dickson Iron & Metal in Spokane, Washington;

**Conveyances (Personal Property)**

17) 1970 Pontiac GTO, Washington License Number: CV76701, VIN: 242370B111616, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

18) 1967 Pontiac Firebird, Washington License Number: CV76699, VIN: 223677U110886, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

ORDER OF FORFEITURE ~ 13

19) 1974 Alfa Romeo SPI Convertible, Washington License Number: CV76698, VIN: AR3044387, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

20) 1963 Porsche 356 Coupe, Washington License Number: CV76700, VIN: 212342, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

22) 2009 23' Cobalt Boat, Model 232, HIN: FGE3W014A909, Idaho License Number: ID5746AR and 2009 Metal Craft 24' Boat Trailer, VIN: 1FWE024249A036732, Washington License Number: 7288V7, seized in Coeur d'Alene, Idaho, pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation.

**B.    DEFENDANT TYSON A. SCHOTT**

**I.    MONEY JUDGMENT**

9)  A sum of money equal to $330,129.00 in United States currency, which represents Defendant's portion of the $1,306,455.69 of the full forfeiture judgment agreed to in Co-Defendant Dickson's and this Defendant's plea agreements, and which represents the amount of Defendant's property involved in the offense(s) and/or property traceable thereto. Defendant Schott will be held jointly and several liability with Co-Conspirator, CRAIG A. DICKSON on this $330,129 portion of the full $1,306,455.69 proposed by the parties.

**II.    SUBSTITUTE ASSETS**

**CONVEYANCES**

10) 2009 23' Cobalt Boat, Model 232, HIN: FGE3W014A909, Idaho License Number: ID5746AR and 2009 Metal Craft 24' Boat Trailer, VIN: 1FWE024249A036732, Washington License Number: 7288V7, seized in Coeur d'Alene, Idaho, pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

**U.S. CURRENCY**

11) $281,000.00 U.S. Currency, seized pursuant to a federal search warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Tyson Schott, in Spokane, Washington;

ORDER OF FORFEITURE ~ 14

12) $4,494.00 U.S. Currency, seized on or about August 31, 2010, by the Federal Bureau of Investigation, from Tyson Schott, at Dickson Iron & Metals, in Spokane, Washington.

**IT IS FURTHER ORDERED** that the United States shall dispose of the assets in accordance with law.  Upon disposal of and final accounting for all of the substitute assets, the United States shall notify the Court regarding the amounts applied to the money judgment from the proceeds received from the disposal of the substitute assets.

**IT IS FURTHER ORDERED** that the United States shall make reasonable arrangements with Attorney Phillip Wetzel for the release, delivery or payment of the following assets to Third Party Claimant Daneille Dickson:

4) 2006 Lexus GS430, Washington License Number: 808 UTQ, VIN: JTHBN96S965006882, seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation;

12) $15,000 (of the $40,370.64) in U.S. funds in the checking/savings account #: XXXX9107, held in the name of Dickson Iron and Metals, Inc., seized pursuant to a federal seizure warrant on or about August 31, 2010, by the Federal Bureau of Investigation, from Bank of America, in Spokane, Washington.

21) 2008 BMW 358, Washington License Number: 905 XTG, VIN: WBAWC335X8PD09102, seized pursuant to a federal seizure warrant on or about September 3, 2010, by the Federal Bureau of Investigation.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing or amending this order.

DATED this 11th day of August 2011.

                        S/ Edward F. Shea
                        EDWARD F. SHEA
                United States District Judge

Q:\Criminal\2010\10cr180efs-8-9-forfeitureorder.wpd

ORDER OF FORFEITURE ~ 15